UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL R. WARE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br>and U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants. | 3:07-CV-00032-LRH-VPC<br><br><u>ORDER</u> |

Presently before the court are Defendants' Motion to Dismiss Complaint (#5[1]), Plaintiff's Motion to Correct an Error or Add an Additional Party (#8), Plaintiff's Motion for Order to Show Cause (#9), Plaintiff's Motion for Default Judgment (#15), and Plaintiff's Motion to Amend Petition for Review (#21).

Upon reading Plaintiff's Petition for Review, the court is uncertain whether it has subject matter jurisdiction over this case. 30 U.S.C. § 1276(a)(1) provides that "[a]ny action by the Secretary [of the Interior] promulgating national rules or regulations . . . shall be subject to judicial review in the United States District Court for the District of Columbia Circuit." Plaintiff's Petition for Review seeks relief "in the form of a denial of any revision to the 1980 [43 C.F.R.§] 3809 final rule, and an edict to take a second look at the Patriot Act in regards to mineral development, and to

---

[1] Refers to the court's docket

1  develop and establish a fairer, flexible, and more useful standard for the surface management of
2  mineral development." (Petition for Review (#4) at ¶ 5.)  Thus, the crux of Plaintiff's petition
3  appears to seek review of the regulations promulgated by the Secretary of the Interior,[2] and it would
4  appear Plaintiff should have filed this case in the United States District Court for the District of
5  Columbia.  As such, the court requests briefing by the parties regarding whether this court has
6  subject matter jurisdiction over the present case.

7      IT IS THEREFORE ORDERED that Defendants are granted 20 days to file an opening
8  brief.  Plaintiff is granted 15 days to respond, and Defendants are granted 10 days to file a reply.

9      IT IS SO ORDERED.
10     DATED this 8th day of July 2008

                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE

---

[2] While Plaintiff has also submitted an "Amended Petition for Review" (#25), this petition seeks substantially the same relief.