UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL R. WARE,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | 3:07-CV-00032-LRH-VPC<br><br>ORDER |

      Presently before the court are two motions filed by Plaintiff Michael Ware. The first is a Motion for Extension of Time to File Motion for Judgment on the Pleadings (#35[1]). The second is a Motion to Set Aside October 27, 2008 Hearing (#36). Defendants U.S. Department of the Interior and U.S. Department of Justice have filed a response to these motions.

      Plaintiff's first motion asks this court for an extension of time to file a motion for judgment on the pleadings. Defendants are correct that there is no deadline for filing such a motion. The motion for extension of time is therefore denied.

      Plaintiff's second motion asks this court to set aside the currently scheduled October 27, 2008, hearing so that Plaintiff can file a motion for judgment on the pleadings. Because Plaintiff states no basis for why his anticipated motion for judgment on the pleadings has any bearing on the

---

[1] Refers to the court's docket

1  issues to be addressed at the hearing, Plaintiff's motion to set aside the hearing is denied.

2  　　　　Finally, Defendants ask this court to schedule a status conference prior to the October 27th
3  hearing in order to clarify Plaintiff's position and perhaps obviate the need for a hearing.  The court
4  agrees that a status conference would be helpful in clarifying the status of this action.  Accordingly,
5  the court will hold a status conference before the October 27th hearing.

6  　　　　IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to File
7  Motion for Judgment on the Pleadings (#35) is DENIED.

8  　　　　IT IS FURTHER ORDERED that Plaintiff's Motion to Set Aside October 27, 2008 Hearing
9  (#36) is DENIED.

10  　　　　IT IS FURTHER ORDERED that a status conference is hereby set for October 21, 2008, at
11  10:00 a.m. in Courtroom 5 of the Bruce R. Thompson Federal Courthouse in Reno, Nevada.  If
12  either of the parties wish to appear telephonically, they may contact the Courtroom Administrator,
13  Rosemarie Miller, at 775-686-5829 for further instructions.

14  　　　　IT IS SO ORDERED.
15  　　　　DATED this 9th day of October, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2